U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
~~U.S.D.C. Atlanta~~

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

SEP   4 2018

Division: Atlanta
(USAO: 2017R00271)

JAMES N. HATTEN, Clerk
By:

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME:    Fulton | DISTRICT COURT NO: 1:18-CR-0352 -15 |
| | MAGISTRATE CASE NO. |

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: September 4, 2018 | DATE: | DATE: |

| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
|---|---|
| vs. | Prior Case Number: |
| MOHMED SOZAB MOMIN | Date Filed: |

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

**Is the defendant in custody?**    Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**    Yes   X No
**Is the defendant a fugitive?**    Yes   X No
**Has the defendant been released on bond?**    Yes   X No

**Will the defendant require an interpreter?**    Yes   X No

District Judge:

Attorney:  Jeffrey A. Brown
Defense Attorney: