IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | NO. 1:18-CR-352-MLB-RGV |
| : | |
| MOHMED SOZAB MOMIN | |

GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

Comes now the United States of America, by Byung J. Pak, United States Attorney, and Jeffrey A. Brown and Jolee Porter, Assistant United States Attorneys for the Northern District of Georgia, and in accordance with USSG § 5K1.1, move this Court for a downward departure from the applicable guideline range for defendant's substantial assistance to the government.

1. It is the government's contention that SOZAB MOMIN has provided substantial assistance. As such, the government files this motion for a downward departure under USSG § 5K1.1.

2. In particular, SOZAB MOMIN proffered after his guilty plea and provided information that the government used in seeking a search warrant. The information SOZAB MOMIN provided was vital to establishing the requisite probable cause to issue the search

1

warrant. However, the information obtained via search warrant did not significantly further the investigation or lead to criminal charges.

3. USSG § 5K1.1 empowers the Court to downwardly depart from the applicable Guideline range upon motion of the government that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense. Assistance to the government may encompass a "broad spectrum of conduct that must be evaluated by the court on an individual basis." USSG § 5K1.1, comment. (Backg'd). The Guidelines, therefore, afford the sentencing judge "latitude . . . to reduce a sentence based upon variable relevant factors, including those listed [in § 5K1.1(a)(1) through (5)]." *Id.* The degree of such a reduction must be reasonable and should reflect the Court's assessment of the defendant's substantial assistance in the investigation or prosecution of others. In addition, "the sentencing judge must . . . state the reasons for reducing a sentence." *Id.*; *see also* 18 U.S.C. § 3553(c).

4. SOZAB MOMIN has provided substantial assistance that would permit this Court to downwardly depart from the applicable Guideline range, and the government would urge the Court to do so in this case. The government specifically recommends that the Court depart downward one (1) level.

WHEREFORE, the government urges this Court to grant the motion for downward departure of sentence for SOZAB MOMIN.

This 17th day of January, 2020.

                                       Respectfully submitted,

                                       <u>/s/ Jeffrey A. Brown</u>
JEFFREY A. BROWN
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse 75
Ted Turner Dr., S.W.
Atlanta, GA 30303
404-581-6064 (T)
404-581-6181 (F)
Georgia Bar No. 088131

CERTIFICATE OF SERVICE

I hereby certify that I have prepared the foregoing GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE in compliance with Local Rule 5.1, NDGa., using Goudy Old Style 13 point type and have this day electronically filed the document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 17th day of January, 2020.

/s/ Jeffrey A. Brown
JEFFREY A. BROWN
ASSISTANT U.S. ATTORNEY