IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL ACTION |
| vs. | ) | |
| | ) | |
| MOHMED SOZAB MOMIN, | ) | No. 1:18-CR-0352-MLB-RGV |
| | ) | |

## DISMISSAL OF NOTICE OF APPEAL

Comes now Mohmed Sozab Momin, by and through his undersigned counsel of record, and hereby dismisses his notice of appeal.

Dated: This 6h$^{th}$ day of February, 2020.

Respectfully submitted,

*s/Michael R. Hauptman*
MICHAEL R. HAUPTMAN
Attorney for Defendant
Georgia Bar Number 338150

Suite 4100
303 Peachtree Street
Atlanta, Georgia 30308
Telephone: (404) 525-4110
Fax: 404 577-0860
e-mail: hauptlaw@aol.com

## CERTIFICATE OF SERVICE

This is to certify that the forgoing has been formatted in Times New Roman, 14 Point, in compliance with Local Rule 5.1(b) electronically served and delivered to:

>Mr. Jeffery A. Brown , Esq.
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Spring Street, S. W.
>Atlanta, Georgia  30303

Dated:  This 6th day of February, 2020.

s/Michael R. Hauptman