IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Mohmed Sozab Momin,

           Petitioner,

v.

United States of America,

           Respondent.

_____/

Case No. 1:18-cr-352-MLB-RGV

Case No. 1:21-cv-1761-MLB-RGV

## ORDER

This matter is before the Court on Magistrate Judge Russell G. Vineyard's Final Report and Recommendation ("R&R") (Dkt. 364).[1] The R&R recommends denying Mohmed Sozab Momin's motion to vacate his sentence under 28 U.S.C. § 2255 (Dkt. 294). It also recommends denying a certificate of appealability. Neither party objects to the R&R.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those

---

[1] Citations to the docket refer to Case No. 1:18-cr-352-MLB-RGV.

findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  But many district courts still do conduct a limited review of unobjected-to portions of an R&R, typically for clear error.  *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983 Addition) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  Even assuming that review is necessary here, the Court sees no clear error in the Magistrate Judge's conclusions.  So the Court adopts the R&R, denies Mohmed Sozab Momin's motion to vacate, and denies a certificate of appealability.

The Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation (Dkt. 364), **DENIES** Mohmed Sozab Momin's Motion to Vacate (Dkt. 294), and **DENIES** a certificate of appealability.

**SO ORDERED** this 22nd day of September, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE